[No. 65468-3-I.   Division One.   January 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAYNE ALLEN WEDEMEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-03024-0, Anita L. Farris, J., entered May 18, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 65512-4-I.   Division One.   January 17, 2012.]

*In the Matter of the Marriage of* PAUL MUDROVICH, *Respondent*, and BARBARA MUDROVICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-07317-7, Christopher A. Washington, J., entered May 5, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 65555-8-I.   Division One.   January 17, 2012.]

*In the Matter of the Parentage of* A.M.

JOHN KARL FISCHER, *Respondent*, v. THERESA A. MCDONALD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-08613-9, Dean Scott Lum, J., entered March 18, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Cox and Spearman, JJ.

[No. 65604-0-I.   Division One.   January 17, 2012.]

CHRISTOPHER J. CHASE ET AL., *Plaintiffs*, v. FREDRIC B. ANDERSON ET AL., *Respondents*, JOHN DOE ET AL., *Defendants*, JAMIE JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-10550-1, David A. Kurtz, J., entered May 19, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Spearman, JJ.